# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FURGAT, DAVID J | § | Case No. 15-02085 DRC |
| FURGAT, MONICA L | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/22/2015 . The undersigned trustee was appointed on 01/22/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of        $   10,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 5.59 |
   | Bank service fees | 185.87 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |

   Leaving a balance on hand of[1]         $   9,808.54

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 08/12/2015 and the deadline for filing governmental claims was 08/12/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,750.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,750.00 , for a total compensation of $ 1,750.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 9.70 , for total expenses of $ 9.70 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/02/2016            By: /s/GINA B. KROL
                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| | | | | |
|---|---|---|---|---|
| Case No: | 15-02085 DRC Judge: Donald R. Cassling | | Trustee Name: | GINA B. KROL |
| Case Name: | FURGAT, DAVID J | | Date Filed (f) or Converted (c): | 01/22/15 (f) |
| | FURGAT, MONICA L | | 341(a) Meeting Date: | 02/17/15 |
| For Period Ending: | 09/02/16 | | Claims Bar Date: | 08/12/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1629 W CELEBRITY CIR HANOVER PARK, IL 60133 (DEBT | 180,200.00 | 0.00 | | 0.00 | FA |
| 2. TCF Bank Checking Account | 700.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. Books, CD;s, DVD's | 250.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL | 50.00 | 0.00 | | 0.00 | FA |
| 6. Jewelry and Furs | 100.00 | 0.00 | | 0.00 | FA |
|     earrings, watch, costume jewelry | | | | | |
| 7. Term Life Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 8. PENSION | 130,000.00 | 0.00 | | 0.00 | FA |
| 9. TAX REFUND | 4,500.00 | 0.00 | | 0.00 | FA |
|     anticipated 2014 federal and state income tax refunds | | | | | |
| 10. 2005 Dodge Neon | 566.00 | 0.00 | | 0.00 | FA |
| 11. 1996 Volvo 850 Sedan | 1,853.00 | 0.00 | | 0.00 | FA |
| 12. 2007 Toyota Sequoia | 16,000.00 | 10,000.00 | | 10,000.00 | FA |
| 13. ANIMALS | 0.00 | 0.00 | | 0.00 | FA |
|     1 dog | | | | | |
| 14. FUR COAT | 500.00 | 0.00 | | 0.00 | FA |
|     racoon fur coat | | | | | |
| 15. Jewelry | 1,000.00 | 0.00 | | 0.00 | FA |
|     wedding band | | | | | |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $337,719.00 | $10,000.00 | | $10,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 15-02085    DRC    Judge: Donald R. Cassling | Trustee Name: GINA B. KROL |
| Case Name: | FURGAT, DAVID J | Date Filed (f) or Converted (c): 01/22/15 (f) |
| | FURGAT, MONICA L | 341(a) Meeting Date: 02/17/15 |
| | | Claims Bar Date: 08/12/15 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee sold right, title and interest in vehicle back to Debtor

October 08, 2015, 02:47 pm

Initial Projected Date of Final Report (TFR): 12/31/16      Current Projected Date of Final Report (TFR): 12/31/16

        /s/    GINA B. KROL
_____    Date: 09/02/16
        GINA B. KROL

FORM 2

Page: 1

Exhibit B

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-02085 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | FURGAT, DAVID J | Bank Name: | ASSOCIATED BANK |
| | FURGAT, MONICA L | Account Number / CD #: | *******7772 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4650 | | |
| For Period Ending: | 09/02/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/07/15 | 12 | David Furgat | Proceeds of sale | 1129-000 | 10,000.00 | | 10,000.00 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.99 | 9,988.01 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.85 | 9,973.16 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.35 | 9,958.81 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.81 | 9,944.00 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.31 | 9,929.69 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.76 | 9,914.93 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.74 | 9,900.19 |
| 02/18/16 | 030001 | ADAMS-LEVINE 370 Lexington Avenue Suite 1101 New York, NY 10017 | Acct #10BSBGR6291 | 2300-000 | | 5.59 | 9,894.60 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.77 | 9,880.83 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.69 | 9,866.14 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.20 | 9,851.94 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.65 | 9,837.29 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.15 | 9,823.14 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.60 | 9,808.54 |

| Account *******7772 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 1 | Deposits | 10,000.00 | 1 | Checks | 5.59 |
| 0 | Interest Postings | 0.00 | 13 | Adjustments Out | 185.87 |
| | Subtotal | $ 10,000.00 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | $ 191.46 |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 10,000.00 | | | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 15-02085 -DRC | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- |
| Case Name: | FURGAT, DAVID J | Bank Name: | ASSOCIATED BANK |
| | FURGAT, MONICA L | Account Number / CD #: | *******7772 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4650 | | |
| For Period Ending: | 09/02/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature: __/s/ GINA B. KROL_____ Date: 09/02/16
GINA B. KROL

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: September 02, 2016 |
|---|---|---|---|---|---|---|

Case Number:  15-02085  
Debtor Name:  FURGAT, DAVID J                    Priority Sequence                    Joint Debtor:  FURGAT, MONICA L

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| ADMIN 001<br>2100-00 | Gina Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602<br>Tax Id: 99-9999999 | Administrative | | $0.00 | $1,759.70 | $1,759.70 |
| ADMIN 2 001<br>3110-00 | Cohen & Krol<br>Attorneys for Trustee<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Administrative | | $0.00 | $1,759.16 | $1,759.16 |
| 000001<br>070<br>7100-90 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $10,821.84 | $10,821.84 |
| 000002<br>070<br>7100-90 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $15,883.36 | $15,883.36 |
| 000003<br>070<br>7100-90 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $2,848.45 | $2,848.45 |
| 000004<br>070<br>7100-90 | PYOD, LLC its successors and assigns as<br>assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $0.00 | $34,035.35 | $34,035.35 |
| 000005<br>070<br>7100-90 | Midland Funding LLC<br>Midland Credit Management, Inc.<br>as agent for MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren, MI 48090 | Unsecured | | $0.00 | $11,629.76 | $11,629.76 |
| 000006<br>070<br>7100-90 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $0.00 | $583.82 | $583.82 |
| 000007<br>070<br>7100-90 | Midland Funding LLC<br>Midland Credit Management, Inc.<br>as agent for MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren, MI 48090 | Unsecured | | $0.00 | $7,251.24 | $7,251.24 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: September 02, 2016 |

Case Number: 15-02085  
Debtor Name: FURGAT, DAVID J  
Priority Sequence  
Joint Debtor: FURGAT, MONICA L

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000008 070 7100-90 | Portfolio Recovery Associates, LLC successor to U.S. Bank National Association (ELAN NORTH COMMUNITY BANK) POB 41067 Norfolk VA 23541 | Unsecured | | $0.00 | $5,068.31 | $5,068.31 |
| BOND 999 2300-00 | ADAMS-LEVINE 370 Lexington Avenue Suite 1101 New York, NY 10017 | Administrative | | $0.00 | $5.59 | $5.59 |
| | Case Totals: | | | $0.00 | $91,646.58 | $91,646.58 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-02085 DRC
Case Name: FURGAT, DAVID J
                FURGAT, MONICA L
Trustee Name: GINA B. KROL

         Balance on hand         $       9,808.54

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 1,750.00 | $ 0.00 | $ 1,750.00 |
| Trustee Expenses: GINA B. KROL | $ 9.70 | $ 0.00 | $ 9.70 |
| Attorney for Trustee Fees: Cohen & Krol | $ 1,732.50 | $ 0.00 | $ 1,732.50 |
| Attorney for Trustee Expenses: Cohen & Krol | $ 26.66 | $ 0.00 | $ 26.66 |
| Other: ADAMS-LEVINE | $ 5.59 | $ 5.59 | $ 0.00 |

     Total to be paid for chapter 7 administrative expenses     $     3,518.86
     Remaining Balance     $     6,289.68

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 88,122.13  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  7.1  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 10,821.84 | $ 0.00 | $ 772.40 |
| 000002 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 15,883.36 | $ 0.00 | $ 1,133.67 |
| 000003 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 2,848.45 | $ 0.00 | $ 203.31 |
| 000004 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | $ 34,035.35 | $ 0.00 | $ 2,429.26 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | Midland Funding LLC<br>Midland Credit Management, Inc.<br>as agent for MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren, MI 48090 | $ 11,629.76 | $ 0.00 | $ 830.07 |
| 000006 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | $ 583.82 | $ 0.00 | $ 41.67 |
| 000007 | Midland Funding LLC<br>Midland Credit Management, Inc.<br>as agent for MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren, MI 48090 | $ 7,251.24 | $ 0.00 | $ 517.55 |
| 000008 | Portfolio Recovery Associates, LLC successor to U.S. Bank National Association (ELAN NORTH COMMUNITY BANK)<br>POB 41067<br>Norfolk VA 23541 | $ 5,068.31 | $ 0.00 | $ 361.75 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 6,289.68 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE