IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| IN THE MATTER OF: | ) | IN CHAPTER 7 |
|---|---|---|
| | ) | |
| **DAVID FURGAT** | ) | No. 15 B 02085 |
| **MONICA FURGAT** | ) | |
| | ) | |
| Debtor(s). | ) | |

## PROOF OF SERVICE

TO:   See Attached

I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on September 9, 2016, by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL   60602
312-368-0300                                                BY:/s/ Gina B. Krol
                                                                  Ch 7 Bankruptcy Trustee

Service List:

Discover Bank
Discover Products, Inc.
P.O. Box 3025
New Albany, OH   43054-3025

Capital One, NA
c/o Becket & Lee, LLP
P.O. Box 3001
Malvern, PA   19355-0701

PYOD, LLC its sucessors and assign as assignee of Citibank, NA
Resurgent Capital Services
P.O. Box 19008
Greenville, SC   29602

Midland Funding, LLC
Midland Credit Mgmt, Inc. as agent for
Midland Funding, LLC
P.O. Box 2011
Warren, MI   48090

Capital Recovery V, LLC
c/o Recovery Mgmt Systems Corp
25 SE 2nd Avenue, Suite 1120
Miami, FL   33131-1605

Portfolio Recovery Associates, LLC
Successor to US Bank Nat'l Assoc
Elan North Community Bank
P.O. Box 41067
Norfolk, VA   23541

Daniel Fasman
ndil@geracilaw.com

Office of the US Trustee
USTPRegion11.ES.ECF@usdoj.gov