# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FURGAT, DAVID J | § | Case No. 15-02085 DRC |
| FURGAT, MONICA L | § | |
| | § | |
| Debtors | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 154,919.00                     Assets Exempt: 173,200.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 6,289.68        Claims Discharged
                                                   Without Payment: 86,249.45

Total Expenses of Administration: 3,710.32

---

3) Total gross receipts of $ 10,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 10,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 155,449.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,710.32 | 3,710.32 | 3,710.32 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 107,166.00 | 88,122.13 | 88,122.13 | 6,289.68 |
| **TOTAL DISBURSEMENTS** | $ 262,615.00 | $ 91,832.45 | $ 91,832.45 | $ 10,000.00 |

4) This case was originally filed under chapter 7 on 01/22/2015 . The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/11/2016          By:/s/GINA B. KROL
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2007 Toyota Sequoia | 1129-000 | 10,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 10,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CHASE Attn: Bankruptcy Dept. Po Box 24696 Columbus OH 43224 | | 31,704.00 | NA | NA | 0.00 |
| 2 | Wells Fargo HM Mortgag Attn: Bankruptcy Dept. 8480 Stagecoach Cir Frederick MD 21701 | | 123,745.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 155,449.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA KROL | 2100-000 | NA | 1,750.00 | 1,750.00 | 1,750.00 |
| GINA KROL | 2200-000 | NA | 9.70 | 9.70 | 9.70 |
| ADAMS-LEVINE | 2300-000 | NA | 5.59 | 5.59 | 5.59 |
| ASSOCIATED BANK | 2600-000 | NA | 185.87 | 185.87 | 185.87 |
| COHEN & KROL | 3110-000 | NA | 1,155.01 | 1,155.01 | 1,155.01 |
| GINA KROL | 3110-000 | NA | 577.49 | 577.49 | 577.49 |
| COHEN & KROL | 3120-000 | NA | 26.66 | 26.66 | 26.66 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 3,710.32 | $ 3,710.32 | $ 3,710.32 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | [X] None | | 0.00 | NA | NA | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 CHASE Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | 1,361.00 | NA | NA | 0.00 |
| | 2 Chase-Bp Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | 141.00 | NA | NA | 0.00 |
| | 3 Chase-Bp Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | 470.00 | NA | NA | 0.00 |
| | 8 Kohls/Capone Attn: Bankruptcy Dept. N56 W 17000 Ridgewood Dr Menomonee Falls WI 53051 | | 2,445.00 | NA | NA | 0.00 |
| | 9 Rnb-Fields3 Attn: Bankruptcy Dept. Po Box 9475 Minneapolis MN 55440 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Blitt and Gaines, PC Bankruptcy Dept. 661 Glenn Ave. Wheeling IL 60090 | | 0.00 | NA | NA | 0.00 |
| | Clerk, Third Mun Div 14M35196 2121 Euclid Ave #121 Rolling Meadows IL 60008 | | 0.00 | NA | NA | 0.00 |
| | DuPage County Clerk 15AR7 421 N County Farm Rd. Wheaton IL 60187 | | 0.00 | NA | NA | 0.00 |
| | Weltman, Weinberg & Reis Co. Bankruptcy Dept. 180 N. LaSalle St., Ste. 2400 Chicago IL 60601 | | 0.00 | NA | NA | 0.00 |
| 000003 | CAPITAL ONE, N.A. | 7100-900 | NA | 2,848.45 | 2,848.45 | 203.31 |
| 000006 | CAPITAL RECOVERY V, LLC | 7100-900 | 444.00 | 583.82 | 583.82 | 41.67 |
| 000001 | DISCOVER BANK | 7100-900 | 10,821.00 | 10,821.84 | 10,821.84 | 772.40 |
| 000002 | DISCOVER BANK | 7100-900 | 15,883.00 | 15,883.36 | 15,883.36 | 1,133.67 |
| 000005 | MIDLAND FUNDING LLC | 7100-900 | 11,629.00 | 11,629.76 | 11,629.76 | 830.07 |
| 000007 | MIDLAND FUNDING LLC | 7100-900 | 7,251.00 | 7,251.24 | 7,251.24 | 517.55 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-900 | 22,651.00 | 5,068.31 | 5,068.31 | 361.75 |
| 000004 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-900 | 34,070.00 | 34,035.35 | 34,035.35 | 2,429.26 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 107,166.00 | $ 88,122.13 | $ 88,122.13 | $ 6,289.68 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 15-02085 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | FURGAT, DAVID J | | | Date Filed (f) or Converted (c): | 01/22/15 (f) |
| | FURGAT, MONICA L | | | 341(a) Meeting Date: | 02/17/15 |
| For Period Ending: | 11/11/16 | | | Claims Bar Date: | 08/12/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1629 W CELEBRITY CIR HANOVER PARK, IL 60133 (DEBT | 180,200.00 | 0.00 | | 0.00 | FA |
| 2. TCF Bank Checking Account | 700.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. Books, CD;s, DVD's | 250.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL | 50.00 | 0.00 | | 0.00 | FA |
| 6. Jewelry and Furs | 100.00 | 0.00 | | 0.00 | FA |
| earrings, watch, costume jewelry | | | | | |
| 7. Term Life Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 8. PENSION | 130,000.00 | 0.00 | | 0.00 | FA |
| 9. TAX REFUND | 4,500.00 | 0.00 | | 0.00 | FA |
| anticipated 2014 federal and state income tax refunds | | | | | |
| 10. 2005 Dodge Neon | 566.00 | 0.00 | | 0.00 | FA |
| 11. 1996 Volvo 850 Sedan | 1,853.00 | 0.00 | | 0.00 | FA |
| 12. 2007 Toyota Sequoia | 16,000.00 | 10,000.00 | | 10,000.00 | FA |
| 13. ANIMALS | 0.00 | 0.00 | | 0.00 | FA |
| 1 dog | | | | | |
| 14. FUR COAT | 500.00 | 0.00 | | 0.00 | FA |
| racoon fur coat | | | | | |
| 15. Jewelry | 1,000.00 | 0.00 | | 0.00 | FA |
| wedding band | | | | | |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $337,719.00 | $10,000.00 | | $10,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 15-02085   DRC   Judge: Donald R. Cassling | Trustee Name: GINA B. KROL |
| Case Name: | FURGAT, DAVID J | Date Filed (f) or Converted (c): 01/22/15 (f) |
| | FURGAT, MONICA L | 341(a) Meeting Date: 02/17/15 |
| | | Claims Bar Date: 08/12/15 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final hearing set for 9/30/16; final distribution made 9/30/16; awaiting clearing of same; TDR to follow
October 11, 2016, 01:42 pm

Submitted TFR to US Tee for review September 07, 2016, 09:15 am

Trustee sold right, title and interest in vehicle back to Debtor
October 08, 2015, 02:47 pm

Initial Projected Date of Final Report (TFR): 12/31/16     Current Projected Date of Final Report (TFR): 12/31/16


        /s/    GINA B. KROL
_____ Date: 11/11/16
        GINA B. KROL

FORM 2

Page: 1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 15-02085 -DRC |
| Case Name: | FURGAT, DAVID J |
| | FURGAT, MONICA L |
| Taxpayer ID No: | *******4650 |
| For Period Ending: | 11/11/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7772 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/07/15 | 12 | David Furgat | Proceeds of sale | 1129-000 | 10,000.00 | | 10,000.00 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.99 | 9,988.01 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.85 | 9,973.16 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.35 | 9,958.81 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.81 | 9,944.00 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.31 | 9,929.69 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.76 | 9,914.93 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.74 | 9,900.19 |
| 02/18/16 | 030001 | ADAMS-LEVINE 370 Lexington Avenue Suite 1101 New York, NY 10017 | Acct #10BSBGR6291 | 2300-000 | | 5.59 | 9,894.60 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.77 | 9,880.83 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.69 | 9,866.14 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.20 | 9,851.94 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.65 | 9,837.29 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.15 | 9,823.14 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.60 | 9,808.54 |
| 09/30/16 | 030002 | Gina Krol 105 W. Madison Street Suite 1100 Chicago, IL 60602 | Final Distribution | | | 1,759.70 | 8,048.84 |
| | | | Fees 1,750.00 | 2100-000 | | | |
| | | | Expenses 9.70 | 2200-000 | | | |
| 09/30/16 | 030003 | Gina Krol 105 W. Madison Street Suite 1100 Chicago, IL 60602 | Final Distribution | 3110-000 | | 577.49 | 7,471.35 |

Page Subtotals 10,000.00 2,528.65

Ver: 19.06b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-02085 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | FURGAT, DAVID J | Bank Name: | ASSOCIATED BANK |
| | FURGAT, MONICA L | Account Number / CD #: | *******7772 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4650 | | |
| For Period Ending: | 11/11/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/16 | 030004 | Cohen & Krol<br>Attorneys for Trustee<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602<br><br>Fees 1,155.01<br>Expenses 26.66 | Final Distribution<br><br><br><br><br><br>3110-000<br>3120-000 | | | 1,181.67 | 6,289.68 |
| 09/30/16 | 030005 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final Distribution | 7100-900 | | 772.40 | 5,517.28 |
| 09/30/16 | 030006 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final Distribution | 7100-900 | | 1,133.67 | 4,383.61 |
| 09/30/16 | 030007 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Final Distribution<br>(3-1) CREDIT CARD DEBT | 7100-900 | | 203.31 | 4,180.30 |
| 09/30/16 | 030008 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Final Distribution | 7100-900 | | 2,429.26 | 1,751.04 |
| 09/30/16 | 030009 | Midland Funding LLC<br>Midland Credit Management, Inc.<br>as agent for MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren, MI 48090 | Final Distribution<br>(5-1) 0168<br>(5-1) Modified on<br>7/29/15 to correct creditor name (GB). | 7100-900 | | 830.07 | 920.97 |

Page Subtotals     0.00     6,550.38

Ver: 19.06b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 15-02085 -DRC | |
| Case Name: | FURGAT, DAVID J | |
| | FURGAT, MONICA L | |
| Taxpayer ID No: | *******4650 | |
| For Period Ending: | 11/11/16 | |

| | | |
|---|---|---|
| Trustee Name: | GINA B. KROL | |
| Bank Name: | ASSOCIATED BANK | |
| Account Number / CD #: | *******7772 Checking Account (Non-Interest Earn | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/16 | 030010 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Final Distribution<br>(6-1) WAL-MART MASTERCARD | 7100-900 | | 41.67 | 879.30 |
| 09/30/16 | 030011 | Midland Funding LLC<br>Midland Credit Management, Inc.<br>as agent for MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren, MI 48090 | Final Distribution<br>(7-1) 8454 | 7100-900 | | 517.55 | 361.75 |
| 09/30/16 | 030012 | Portfolio Recovery Associates, LLC<br>successor to U.S. Bank National<br>Association (ELAN NORTH COMMUNITY BANK)<br>POB 41067<br>Norfolk VA 23541 | Final Distribution | 7100-900 | | 361.75 | 0.00 |

```
                                            COLUMN TOTALS                    10,000.00        10,000.00              0.00
                                    Less:  Bank Transfers/CD's                    0.00             0.00
                                            Subtotal                         10,000.00        10,000.00
                                    Less:  Payments to Debtors                                     0.00
                                            Net                              10,000.00        10,000.00

                                                                                                NET           ACCOUNT
         TOTAL - ALL ACCOUNTS                                 NET DEPOSITS    DISBURSEMENTS     BALANCE
         Checking Account (Non-Interest Earn - ********7772)    10,000.00        10,000.00         0.00
                                                              -------------   -------------   -------------
                                                                10,000.00        10,000.00         0.00
                                                              =============   =============   =============
                                                              (Excludes Account (Excludes Payments  Total Funds
                                                                Transfers)       To Debtors)      On Hand


                                              Page Subtotals         0.00           920.97
```

Ver: 19.06b

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 12)

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-02085 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | FURGAT, DAVID J | | Bank Name: | ASSOCIATED BANK |
| | FURGAT, MONICA L | | Account Number / CD #: | *******7772 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4650 | | | |
| For Period Ending: | 11/11/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals     0.00     0.00

Ver: 19.06b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*